CARL P. WARRING, #27164
ANDREW D. BROWN #58477
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
***Attorneys for State of Washington and State of Washington DCYF Defendants***

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN and EMEISHIA WURN, individually, and as current/former foster parents of D.P., G.P., and I.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES, COURT-APPOINTED SPECIAL ADVOCATES; DANA SYRETT, Individually and in her official capacity acting under color of State law; ALISON SANDEEN, individually and in her official capacity acting under color of State law; FRANK CRICCHIO, individually and in her official capacity acting under color of State law; TIFFANY LABISH, individually and in her official capacity acting under color of State law; TOUATHE VUE, individually and in her official capacity acting under color | Cause No. 2:26-cv-00012<br><br>Spokane County Superior Court Case No. 25-2-05630-32<br><br>NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. §1441 |

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS
PURSUANT TO 28 U.S.C. §1441 - page 1

of State law; and ELIZABETH SZOMBATHY individually and in her official capacity acting under color of State law,

Defendants.

**TO:        CLERK OF THE COURT;**
**AND TO:   Plaintiffs, and your Counsel of Record.**

PLEASE TAKE NOTICE that Dana Syrett, Alison Sandeen, Frank Cricchio, Tiffany Labish, and Touathe Vue hereby remove the state court action described below to the Federal District Court for the Eastern District of Washington.

### 1. Identification of State Court Action Being Removed

The state court action being removed is Kevin and Emeishia Wurn, individually, and as current/former foster parents of D.P., G.P., and I.P., Plaintiffs v. State of Washington, Department of Children, Youth, and Families, Court Appointed Special Advocates and Department of Children, Youth and Families workers: Dana Syrett, Alison Sandeen, Frank Cricchio, Tiffany Labish, Touathe Vue, and Elizabeth Szombathy, Defendants. The state court action is filed under Spokane County Superior Court Cause No. 25-2-05630-32. The state court action was filed on November 12, 2025. The State of Washington acknowledged service on behalf of Department of Children, Youth, and Families on November 14, 2025. The State of Washington and Department of Children, Youth, and Families did not agree to waive original service of process for the

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS
PURSUANT TO 28 U.S.C. §1441 - page 2



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

individually named defendants in their personal capacity. At this time, none of the individually named defendants have been personally served.

**2. Original Jurisdiction of Federal District Court - Federal Question**

The state court action is removeable under 28 U.S.C. § 1441 because Plaintiffs' Complaint includes a claim that arises under the Constitution, laws, or treaties of the United States for which this Court enjoys original jurisdiction under 28 U.S.C. §§ 1331 and 1343. Specifically, Plaintiffs' Complaint alleges claims pursuant to 42 U.S.C. sec. 1983 at pages 22-23.

**3. District and Division Embracing the Place Where the Action Is Pending**

This state court action is removeable under 28 U.S.C. § 1441 because the action being removed is pending in the Spokane County Superior Court and Spokane County falls with the geographic boundaries of the Federal District Court for the Eastern District of Washington.

**4. Consent to Removal**

All Defendants of this action who have been previously served consent to the removal of this action to the Federal District Court.

**5. Timely Removal**

Removal is timely under 28 U.S.C. § 1446(b) because none of the individually named defendants have been personally served at this time.

**6. Copies of Process, Pleadings and Orders Served Upon Defendants**

Attached as Exhibits A-E are true and correct copies of the state court docket and pleadings currently on file.

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS
PURSUANT TO 28 U.S.C. §1441 - page 3



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 12th day of January 2026.

        EVANS, CRAVEN & LACKIE, P.S.

By:    *s/ Andrew D. Brown*
CARL P. WARRING, WSBA #27164
ANDREW D. BROWN, WSBA #58477
818 W. Riverside Ave, Suite 250
Spokane, WA 99201
(509) 455-5200
cwarring@ecl-law.com
abrown@ecl-law.com
Attorneys for the State of Washington and
Department of Children, Youth, and Families

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS
PURSUANT TO 28 U.S.C. §1441 - page 4



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

        Vanessa Zink

        Emails: vzink@veritaslawnw.com

         s/    *Andrew D. Brown*
ANDREW D. BROWN, WSBA #58477
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
abrown@ecl-law.com

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. §1441 - page 5



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632